COLUMBUS SADLER v. THE STATE.

No. 9322.   Delivered June 17, 1925.

Rehearing Denied October 21, 1925.

**Murder—No Statement of Facts—Nor Bills of Exception.**

. This record is before us with neither statement of facts nor bills of exception, and the judgment is affirmed.

Appeal from the District Court of Hunt County. Tried below before the Hon. Geo. B. Hall, Judge.

Appeal from a conviction of murder; penalty, five years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is murder; punishment fixed at confinement in the penitentiary for a period of five years.

The facts heard by the trial court are not before us. No fault in the procedure is complained of by bill of exceptions or perceived by this court.

The judgment is affirmed.

*Affirmed.*